**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brad Lee Farabough,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Defendants. | No. CV 05-117-PHX-JAT<br><br>**ORDER** |

    Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1) as amended (Doc. #4). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #19) recommending that the Petition be denied.

    Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

    Accordingly,

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #19) is **ACCEPTED**;

1   **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
2   (Doc. #1) as amended (Doc. #4) is **DENIED**; and

3   **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH**
4   **PREJUDICE**.

DATED this 12th day of April, 2006.

                                                                               James A. Teilborg
                                                                               United States District Judge